

# United States District Court
# Eastern District of California

MARCUS SIMPSON MORGAN

Plaintiff(s)

V.

FLORIDA NATURAL GROWERS, INC.

Defendant(s)

Case Number: 2:25-cv-03767-CSK

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Daniel H. Coultoff hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Florida Natural Growers, Inc.

On 11/22/1993 (date), I was admitted to practice and presently in good standing in the State of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Kolkin v. Florida Natural Growers, Inc.; 2:25-cv-02908-DAD-JDP; Date applied: 11/25/25; Granted

Date: 01/21/2026     Signature of Applicant: /s/ Daniel H. Coultoff

**Pro Hac Vice Attorney**

Applicant's Name: Daniel H. Coultoff

Law Firm Name: Latham, Luna, Eden & Beaudine, LLP

Address: 201 S. Orange Ave., Suite 1400

City: Orlando        State: FL        Zip: 32801

Phone Number w/Area Code: (407) 481-5800

City and State of Residence: Heathrow, FL

Primary E-mail Address: coultoff@lathamluna.com

Secondary E-mail Address: dcastilloroman@lathamluna.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Will Wagner

Law Firm Name: Greenberg Traurig, LLP

Address: 400 Capitol Mall, 24th Fl.

City: Sacramento        State: CA        Zip: 95814

Phone Number w/Area Code: (916) 442-1111        Bar # 310900

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 1/21/2026

_____
JUDGE, U.S. DISTRICT COURT



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida    )

County of Leon    )             In Re:  0994480
Daniel Howard Coultoff
Latham Luna Eden & Beaudine L L P
201 S Orange Ave Ste 1400
Orlando, FL 32801-3483

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **November 22, 1993**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  20th  day of **October, 2025**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-376024

